IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-cv-00321-BO

| | |
|---|---|
| JAMES COLEMAN, *on behalf of himself and others similarly situated*,<br><br>　　Plaintiff,<br><br>　　v.<br><br>HUMANA, INC. and ASPEN HEALTH, INC.<br><br>　　Defendants. | **NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Alex J. Hagan, of the law firm Ellis & Winters LLP, hereby gives notice of his appearance as counsel for Defendant Aspen Health, Inc. in the above-captioned matter and requests that copies of all notices, motions, and all other pleadings in this case be served upon him at the address below.

This the 14th day of October, 2022.

　　　　　　　　　　　　　　　　　　　ELLIS & WINTERS LLP
　　　　　　　　　　　　　　　　　　　/s/ Alex J. Hagan
　　　　　　　　　　　　　　　　　　　Alex J. Hagan
　　　　　　　　　　　　　　　　　　　N.C. Bar No. 19037
　　　　　　　　　　　　　　　　　　　Post Office Box 33550
　　　　　　　　　　　　　　　　　　　Raleigh, NC 27636
　　　　　　　　　　　　　　　　　　　Tel: (919) 865-7000
　　　　　　　　　　　　　　　　　　　Fax: (919) 865-7010
　　　　　　　　　　　　　　　　　　　alex.hagan@elliswinters.com

　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Aspen Health, Inc.*