IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| James Coleman, *on behalf of himself and others similarly situated,* )<br><br>Plaintiff, )<br><br>v. )<br><br>Humana, Inc. and Aspen Health, Inc. )<br><br>Defendants. ) | Civil Action No. 5:22-cv-00321-BO |

## **NOTICE OF SPECIAL APPEARANCE**

Please take notice that the undersigned Alexander D. Terepka hereby enters a notice of special appearance as counsel for Defendant Humana, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Elizabeth King.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Dated: November 29, 2022

*s/ Alexander D. Terepka*
Alexander D. Terepka
Kabat Chapman & Ozmer, LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Tel: (404) 400-7321
Fax: (404) 400-7333
Email: aterepka@kcozlaw.com
California Bar. No. 288243

*Attorney for Defendant Humana, Inc.*

*s/ Elizabeth King*
Elizabeth King
Cranfill Summer & Hartzog LLP
101 N. 3rd Street, Suite 400
Wilmington, NC 28401

1

Tel: (910) 777-6010
Fax: (910) 777-6100
Email: eking@cshlaw.com
North Carolina Bar. No. 30376

*Local Civil Rule 83.1(d) Counsel for
Defendant Humana, Inc.*

## CERTIFICATE OF SERVICE

This certifies that I have this day electronically filed the foregoing document in the United States District Court for the Eastern District of North Carolina, with notice of same being electronically served by the CM/ECF system, to all attorneys of record.

Dated: November 29, 2022      *s/ Alexander D. Terepka*
                              Alexander D. Terepka