UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES COLEMAN, | |
| Plaintiff, | |
| v. | **JUDGMENT** |
| HUMANA, INC., | 5:22-CV-321-BO |
| Defendant. | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that Humana's motion to dismiss the original complaint [DE 18] is DENIED AS MOOT. Humana's motion to dismiss the and/or strike the amended complaint [DE 28] is GRANTED. The amended complaint is hereby DISMISSED.

This case is closed.

**This judgment filed and entered on May 16, 2023, and served on:**
Eric Weitz (via CM/ECF NEF)
Max Morgan (via CM/ECF NEF)
Craig Shapiro (via CM/ECF NEF)
Elizabeth King (via CM/ECF NEF)
Ryan Watstein (via CM/ECF NEF)
Alexander Terepka (via CM/ECF NEF)

May 16, 2023

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk