UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **JAMES COLEMAN**, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>**HUMANA INC.**,<br><br>    Defendant. | Civil Action No. 5:22-cv-00321 |

## NOTICE OF SETTLEMENT

Plaintiff, James Coleman, hereby notifies the Court that the parties have settled the above-styled action. The parties respectfully request that the Court stay this case for thirty (30) days to allow them to finalize that settlement.

Once settlement is finalized, the parties will file a Joint Stipulation of Dismissal.

Respectfully submitted,

Dated: June 26, 2023

*s/ Max S. Morgan*
Max S. Morgan, Esquire
Eric H. Weitz, Esquire
**THE WEITZ FIRM, LLC**
1515 Market Street, #1100
Philadelphia, PA 19102
Tel: (267) 587-6240
Fax: (215) 689-0875
max.morgan@theweitzfirm.com
eric.weitz@theweitzfirm.com
*LR 83.1(e) Special Appearance Counsel*

s/ Craig Shapiro
Craig Shapiro (State Bar # 48887)
Shapiro Law Office, PLLC
644 Holly Springs Road, Suite 195
Holly Springs, North Carolina 27540
(919) 480-8885
craig@shapirolawofficepllc.com
*LR 83.1(d) Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2023, I filed the foregoing document using the Court's CM/ECF system, which will send a notice of electronic filing to all parties of record.

By: /s Max S. Morgan
Max S. Morgan